*E-FILED*
**July 17, 2007**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ULYSSES RIOS,

    Plaintiffs,

  v.

CITY OF SAN JOSE, et al.,

    Defendants.

No. C 07-02051 RS

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**

At the request of plaintiff and good cause appearing,

IT IS HEREBY ORDERED that the Case Management Conference in the above-entitled matter currently set for July 25, 2007 at 2:30 p.m. is continued to **August 22, 2007 at 2:30 p.m.** The parties shall make a determination regarding the issue of consent to the jurisdiction of the Magistrate Judge and file the appropriate form no later than August 15, 2007. The parties shall file a joint Case Management Conference Statement no later than August 15, 2007.

Plaintiff shall immediately serve a copy of this Order on all parties to this action and on any parties subsequently joined in accordance with Fed.R.Civ.P. 4 and 5 and Civil L.R.16-2(a).

Dated: July 17, 2007

    /s/ Richard Seeborg
RICHARD SEEBORG
United States Magistrate Judge

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO:**

Michael Robert Solomon     Mike@lmslaw.com, mrsolomon@sbcglobal.net

Dated: July 17, 2007

                                              /s/ BAK
                                              Chambers of Magistrate Judge Richard Seeborg

**United States District Court**
For the Northern District of California