1  RICHARD DOYLE, City Attorney (#88625)
   NORA FRIMANN, Chief Trial Attorney (#93249)
2  CLIFFORD GREENBERG, Senior Deputy City Attorney (#122612)
   STEVEN B. DIPPELL, Senior Deputy City Attorney (#121217)
3  Office of the City Attorney
   200 East Santa Clara Street                          *E-FILED 3/20/08*
4  San Jose, California  95113
   Telephone:   (408) 535-1900
5  Facsimile:    (408) 998-3131
   Email:         cao.main@sanjoseca.gov
6
   Attorneys for Defendants CITY OF SAN JOSE,
7  IAN COOLEY, STEVE GUGGIANA, PAUL CASTILLO,
   SHANE LUEDDEKE, and KIRK NIEMEYER
8
9                  UNITED STATES DISTRICT COURT
                 NORTHERN DISTRICT OF CALIFORNIA
10                        SAN JOSE FACILITY

11

12  ULYSSES RIOS, an individual,          NO.:   (C07-02051 RS, consolidated with
                                          C06-07036 RS)
13                Plaintiff,
                                          STIPULATION OF DISMISSAL
14        v.                              AND ORDER THEREON

15  THE CITY OF SAN JOSE, IAN COOLEY,
    individually and as an officer of the San
16  Jose Police Department, STEVE
    GUGGIANA, individually and as an officer
17  of the San Jose Police Department, PAUL
    CASTILLO, individually and as an officer
18  of the San Jose Police Department,
    SHANE LEUDDEKE, individually and as
19  an officer of the San Jose Police
    Department, KIRK NIEMEYER,
20  individually and as an officer of the San
    Jose Police Department, and DOES 1
21  through 50, inclusive,

22                Defendants.

23  AND CONSOLIDATED ACTION.

24
         **IT IS HEREBY STIPULATED AND AGREED** pursuant to Federal Rules of Civil
25
    Procedure, Rule 41(a)(1) by and between plaintiff ULYSSES RIOS and all defendants that:
26
         1.       This action was commenced on April 11, 2007
27

28

1        2.     This action, No. C07-02051 RS, was consolidated with a prior action, C06-

2  07036 RS, involving the same circumstances but different plaintiffs.  Plaintiff ULLYSES RIOS

3  wishes to dismiss only the action involving his claims: C07-02051 RS.

4        3.     The action is not a class action, a receiver has not been appointed, and the

5  action is not governed by any statute of the United States that requires an order of the Court

6  for dismissal.

7        4.     This action (C 07-02051 RS only) is hereby dismissed, in its entirety, with

8  prejudice.

9  Dated: 3-18-08

LIUZZI, MURPHY & SOLOMON, LLP

10

11  By _____
        MICHAEL SOLOMON

12  Attorney for Plaintiff ULLYSES RIOS

13

14  Dated: 3/19/08

RICHARD DOYLE, City Attorney

15

16  By: _____

17        CLIFFORD S. GREENBERG
        Senior Deputy City Attorney

18  Attorneys for Defendants CITY OF SAN JOSÉ, IAN
    COOLEY, STEVE GUGGIANA, PAUL CASTILLO,

19  SHANE LUEDDEKE, and KIRK NIEMEYER

20

21                    **ORDER**

22      Pursuant to the Stipulation of Dismissal by and between the parties to this action,

23  through their designated counsel, the above-captioned action (C 07-02051 RS) is hereby

24  dismissed with prejudice pursuant to FRCP 41(a)(1).  It is further ordered that each party

25  shall bear their own fees and costs.

26  Dated: March 20, 2008

      _____

27  THE HONORABLE RICHARD SEEBORG
    UNITED STATES DISTRICT COURT JUDGE

28